# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-21-02310-001-TUC-JGZ (JR) |
| Plaintiff, | **ORDER** |
| v. | |
| Ignacio Alberto Buelna, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation by United States Magistrate Judge Jacqueline M. Rateau recommending that the Court find that Defendant Ignacio Alberto Buelna violated Mandatory Condition No. 5 by failing to report a change of address but did not violate Mandatory Condition No. 2, failing to report as instructed. (Doc. 87.)  The parties have not filed any objections and the time to file objections has expired.

Having reviewed the Magistrate Judge's Report, the Court will adopt the recommendation.

IT IS ORDERED:
1. Magistrate Judge Rateau's Report and Recommendation (Doc. 87) is ADOPTED;
2. The US Probation Office is directed to prepare a disposition report.
3. Final Disposition Hearing IS SET FOR August 2, 2024 at 9:15 a.m. before this Court.

Dated this 18th day of June, 2024.

Jennifer G. Zipps
United States District Judge